## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LASHON M BEY,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL ARROYO, et al.**<br><br><br>**Defendants.** | Case No. 22–cv–00595-ESK–MJS<br><br><br>**ORDER** |

**THIS MATTER** having been reported settled by the parties and the Court having administratively terminated this matter for 60 days to permit the parties to file papers to terminate this matter, *see* Fed.R.Civ.P. 41(a)(1)(A)(ii) and L.Civ.R. 41.1; and the 60-day period having passed without the Court having received the papers to terminate this matter,

**IT IS** on this 7th day of **August, 2024** **ORDERED** that:

1. The Clerk of the Court shall reopen this matter and make a separate docket entry reading "Civil case reopened."

2. This matter is **dismissed with prejudice**, and without costs pursuant to Fed.R.Civ.P. 41(a)(2).

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**
